# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0400
L.T. Case No. 2007-CF-014830-A

_____

KEVIN SCOTT,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Jeb T. Branham, Judge.

Kevin Scott, Wewahitchka, pro se.

No Appearance for Appellee.

March 25, 2025

PER CURIAM.

   AFFIRMED. *See* Fla. R. App. P. 9.315(a).

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————